UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWIGHT HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-13955** |
| **SUE ELLEN MONFRA, ET AL.** | **SECTION: T(2)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. As explained in the United States Magistrate Judge's Report and Recommendation, plaintiff is not entitled to a preliminary injunction because the claims for injunctive relief asserted in his complaint are moot based on his transfer out of the Jefferson Parish Correctional Center. The Court further agrees that the plaintiff states valid excessive force and failure to protect claims against Deputies Dennis and Knox, Lieutenant Berrian, and Sergeant Glass under § 1983. Additionally, a stay of the plaintiff's claim against Deputy Dennis for allegedly charging Plaintiff with criminal offenses without *Miranda* warning, intake procedures, or Magistrate hearing is appropriate pending the resolution of plaintiff's underlying state court criminal proceeding. Finally, the Court agrees that all plaintiff's remaining claims should be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (R. Doc. 13) and the claims for injunctive relief asserted in plaintiff's complaint are **DISMISSED AS MOOT.**

1

**IT IS FURTHER ORDERED** that plaintiff's claim against Deputy Dennis for allegedly charging Plaintiff with criminal offenses without *Miranda* warning, intake procedures, or a Magistrate hearing is **STAYED** pending resolution of his underlying state court criminal proceeding.

**IT IS FURTHER ORDERED** that all of plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**New Orleans, Louisiana**, on this 29th day of September, 2020.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**